| | |
|---|---|
| 1  MICHAEL B. ROGER, Bar No. 041042<br>   BARRY E. HINKLE, Bar No. 071223<br>2  SANDRA R. BENSON, Bar No. 121324<br>   KRISTINA L. HILLMAN, Bar No. 208599<br>3  WEINBERG, ROGER & ROSENFELD<br>   A Professional Corporation<br>4  180 Grand Avenue, Suite 1400<br>   Oakland, California 94612<br>5  Telephone (510) 839-6600<br><br>6  Attorneys for Plaintiffs | **FILED**<br><br>JAN 2 5 2006<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALVARADO, in his capacity as Trustee of the CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and CARPENTERS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, and CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD for itself and on behalf of NORTHERN CALIFORNIA CARPTENTERS REGIONAL COUNCIL<br><br>    Plaintiffs,<br><br>  v.<br><br>JERSEY CONSTRUCTORS, INC., A California Corporation,<br><br>    Defendant. | No.   C 04 5393 VRW<br><br>[~~PROPOSED~~] DEFAULT JUDGMENT<br><br>Date:  June 2, 2005<br>Time:  2:00 p.m.<br>**Courtroom: 6, 17th Floor** |

This matter came on for hearing for entry of Judgment by Default against Defendant Jersey Constructors, Inc. (hereinafter referred to as "Defendant") on June 2, 2005. Plaintiffs, Robert Alvarado, in his capacity as Trustee of the Carpenters Health and Welfare Trust Fund for California; Carpenters Vacation-Holiday Trust Fund for Northern California; Carpenters Pension

---

[PROPOSED] DEFAULT JUDGMENT
Case No. C 04 5393 VRW

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
180 Grand Ave. Ste. 1400
Oakland, CA 94612
(510) 839-6600

1  Trust Fund for Northern California; Carpenters Training Trust Fund for Northern California; and
2  Carpenters 46 Northern California Counties Conference Board for itself and on behalf of Northern
3  California Carpenters Regional Council were represented by Kristina L. Hillman of Weinberg,
4  Roger & Rosenfeld; Defendant [was represented by ~~~~~~~~~~~~~~~~~~~~~~~~ /made no
5  appearance]. Having considered the pleadings and arguments in this matter, and good cause
6  appearing, this Court **FINDS AS FOLLOWS**:

7      1.     The Petition and Complaint in this matter was filed with this Court on December
8  21, 2004;

9      2.     Defendant was duly served with process in this matter on January 13, 2005;

10     3.     That no answer or other responsive pleadings having been filed within the time
11 permitted by law, default was entered against the Defendant on February 10, 2005;

12     4.     The Court finds the allegations in the Petition on file herein are true including the
13 fact that the Defendant has been bound to a written Collective Bargaining Agreement with the
14 Carpenters 46 Northern California Counties, a labor organization within the meaning of LMRA
15 §301, 29 U.S.C. §150. Defendant signed a Memorandum Agreement which incorporates the terms
16 and conditions of the Carpenters' Master Agreement. By virtue of becoming bound to the
17 Carpenters' Master Agreement, Defendant became subject to all the terms and conditions of the
18 various Trust Agreements refereed to in the Petition; and

19     5.     That Defendant has failed, neglected or refused to submit to an audit as requested
20 by Plaintiffs pursuant to said Carpenters' Master Agreement and Trust Agreements.

21     **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** Judgment be
22 entered in favor of Plaintiffs, Robert Alvarado, in his capacity as Trustee of the Carpenters Health
23 and Welfare Trust Fund for California; Carpenters Vacation-Holiday Trust Fund for Northern
24 California; Carpenters Pension Trust Fund for Northern California; Carpenters Training Trust Fund
25 for Northern California; and Carpenters 46 Northern California Counties Conference Board for
26 itself and on behalf of Northern California Carpenters Regional Council; and against Defendant as
27 follows:

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
180 Grand Ave Ste 1400
Oakland, CA 94612
(510) 839-6600

- 2 -

[PROPOSED] DEFAULT JUDGMENT
Case No. C 04 5393 VRW

1.    The Court confirms the Decision and Award of Arbitrator Gerald R. McKay, issued April 13, 2203;

2.    Defendant is Ordered to pay $58,285.98, as set forth in the Decision and Award of Arbitrator Gerald R. McKay, issued April 13, 2004;

3.    For an order directing and permanently enjoining Defendant to timely submit all required monthly contribution reports, contributions due and owing plus interest and liquidated damages;

4.    For an accounting between Plaintiffs and Defendant;

5.    For attorneys' fees in the amount of $4,602.50;

6.    For costs in the amount of $189.50;

7.    For interest on any amounts found due in an amount to be determined consistent with 26 U.S.C. 6621;

8.    This Court shall retain jurisdiction of this matter to enforce the Order compelling an audit and payment of all amounts found due and owing; and

9.    For such other and further relief as this Court deems just and proper.

DATED: 2 5 JAN 2006

HONORABLE VAUGHN R. WALKER
JUDGE OF THE DISTRICT COURT

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
180 Grand Ave. Ste. 1400
Oakland, CA 94612
(510) 839-6600

- 3 -

[PROPOSED] DEFAULT JUDGMENT
Case No. C 04 5393 VRW